# United States District Court
# For The Western District of North Carolina
# Charlotte Division

MANUEL C. BENITEZ,

       Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:09-CV-30-3-MU

ALVIN W. KELLER,

       Defendant(s).


DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2009 Order.


                                              Signed: April 1, 2009

                                              Frank G. Johns, Clerk
                                              United States District Court